IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Reynolds-Day, Deborah E

Printed: 9/3/08

Case Number: 07 B 10368
Judge: Hollis, Pamela S
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: August 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 528.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 172.86 |
| Other Funds: |  | 48.87 |
| Totals: | 3,250.00 | 3,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,500.00 | 2,500.00 |
| 2. | United States Dept Of Education | Unsecured | 6,084.45 | 490.05 |
| 3. | Peoples Energy Corp | Unsecured | 125.69 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 65.99 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 257.40 | 20.73 |
| 6. | Capital One | Unsecured | 125.60 | 0.00 |
| 7. | Paragon Way Inc | Unsecured | 58.50 | 0.00 |
| 8. | Surety Finance | Unsecured | 61.00 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 137.25 | 0.00 |
| 10. | Ameristar Financial Company | Unsecured | 217.19 | 17.49 |
| 11. | Sabrina Herrell | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 14. | All Credit Lenders | Unsecured |  | No Claim Filed |
| 15. | Benjamin Legal Services PLC | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,633.07 | $ 3,028.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 172.86 |
|  | $ 172.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Reynolds-Day, Deborah E

Printed:  9/3/08

Case Number:  07 B 10368
Judge:  Hollis, Pamela S
Filed:  6/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

